**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (Bar No. CA 226388)
E-mail: CReilly@manatt.com
A. PAUL HEERINGA (Bar No. IL 6288233)
E-mail: PHeeringa@manatt.com
KRISTIN E. HAULE (Bar No. CA 312139)
E-mail: KHaule@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

**BRANSON & BRANSON, LLP**
UZZELL S. BRANSON IV (Bar No. CA 278314)
Email: usb4@usblaw.com
5440 Morehouse Drive
Suite 3700
San Diego, CA 92121
Telephone: (858) 218-6529
Facsimile: (858) 228-1761

*Attorneys for Defendants*
*GG Homes, Inc. and Paul Green*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collette Stark, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>GG Homes, Inc., a California Corporation and Paul Green, an individual,<br><br>    Defendants. | No. 3:20-cv-1913-JAH-MSB<br><br>**JOINT MOTION AND STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br>Judge: Hon. John A. Houston |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Collette Stark ("Plaintiff"), appearing *pro se*, and Defendants GG Homes, Inc. and Paul Green (together, "Defendants"), by and through their undersigned counsel, hereby stipulate, agree, and respectfully request that (i) all of Plaintiff's claims against both Defendants in this matter are dismissed with prejudice, with each side to bear its own costs; and (ii) Magistrate Judge Michael S. Berg retain jurisdiction over this matter for a period of one (1) year from the date of the Court's dismissal order to resolve any issues or disputes between the Parties, for the reasons discussed on the record during the status hearing with Judge Berg on June 30, 2021. Defendants submit this joint motion and stipulation on behalf of all parties, with Plaintiff's consent, which was provided to Defendant's counsel in writing. A proposed order will be submitted contemporaneously herewith, pursuant to and in accordance with applicable rules and court orders.

Dated: July 21, 2021

Respectfully submitted,

By: /s/ A. Paul Heeringa
Christine M. Reilly
A. Paul Heeringa (*pro hac vice*)
Kristin E. Haule

*Attorneys for Defendants*
*GG HOMES, INC. AND PAUL GREEN*

By: /s/ Collette Stark (with permission)
Collette Stark

*Plaintiff, Pro Se*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

JOINT MOTION AND STIPULATION OF DISMISSAL, 3:20-CV-1913-JAH-MSB