UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>    Plaintiffs,<br><br>v.<br><br>GG HOMES, INC, et al.,<br><br>    Defendants. | Case No.:  20cv1913-JAH (MSB)<br><br>**ORDER SETTING TELEPHONIC CONFERENCE** |

On August 2, 2021, the Court held a telephonic Conference.  (See ECF No. 83.) The Court sets a follow-up telephonic Conference for **August 10, 2021**, at **3:30 p.m.** The parties are to dial the Court's conference line (888) 363-4734, and enter the Access Code:  3019297.

**IT IS SO ORDERED.**

Dated:  August 9, 2021

Honorable Michael S. Berg
United States Magistrate Judge